GIBSON *et al.*, Respondents, *v.* McLAURY *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment affirmed, with costs.

---

HARRINGTON *et al.*, Appellants, *v.* BROWN *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Decree of the surrogate's court of Chenango county affirmed, with costs.

---

HAYNES *et al.*, Appellants, *v.* WEST *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

HILL *v.* EGGLESTONE.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.

---

INGLES, Appellant, *v.* EDDY *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Decree of the surrogate of Madison county reversed upon the exceptions, and the proceedings remanded to the surrogate's court for further action. The question of costs reserved for the determination of the court below upon the final disposition of the case.

---

KENT, Respondent, *v.* CROUSE, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment and orders affirmed, with costs; MERWIN, J., not acting.

---

KENYON, Appellant, *v.* LUTHER *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment and order affirmed, with costs. See 4 N. Y. Supp. 498.

---

KETCHAM, Respondent, *v.* DICKERSON, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.